AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 04 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America )
v. )
) Case No. 2:24-mj-00052 – MTP
CARLOS ELIAS WENCES )
JOEL ALEXANDER CORVERA )
)
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 2, 2024 in the county of Forrest in the Southern District of MS, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Joseph Kennedy, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: December 4, 2024

_Judge's signature_

City and state: Hattiesburg, Mississippi    Michael T. Parker, U.S. Magistrate Judge
_Printed name and title_

## Affidavit in Support of a Criminal Complaint

Your Affiant, Joseph Kennedy, being duly sworn, deposes and states the following:

I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). The DEA Task Force in Hattiesburg, Mississippi, is made up of Special Agents from the DEA, agents from the Mississippi Bureau of Narcotics (MBN), Officers/Deputies from the Hattiesburg Police Department (HPD), and officers with the Forrest County Sheriff's Office (FCSO). I have been assigned to the DEA Task Force in Hattiesburg for approximately seven (7) years. I have been employed by the Hattiesburg Police Department since July of 2007. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers.

I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the affiant for multiple search and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence, and records. This affidavit is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

### Summary of Probable Cause

On December 2, 2024, this affiant was alerted by a Confidential Source that a shipment of methamphetamine would be arriving, via vehicle, at a specified location in Hattiesburg. On this date, the Confidential Source met with three individuals at the specified location during which the suspected

methamphetamine was shown to the Source. Based on this information, the three individuals were detained and the location, as well as the individual's vehicles, were searched pursuant to a state-issued search warrant. During the search, officers located approximately 12 kilograms of methamphetamine.

### Background of Investigation

1. On Monday, December 2, 2024, your affiant received information from a DEA Confidential Source (hereafter referred to as CS), via telephone, that a shipment of methamphetamine was arriving at 307 Elizabeth Avenue, Hattiesburg, MS (hereafter referred to as the Meet Location). The CS further explained that he/she had received a phone call from an unidentified male with a Hispanic accent (UM1) on the evening of Sunday, December 1, 2024, informing him/her that approximately 50 pounds of Methamphetamine was scheduled to be delivered at the Meet Location on the following day.

2. On December 2, 2024, the CS called your affiant. The CS explained that the unknown male with the Spanish accent claimed to be approximately one hour from the Meet Location. At approximately 9:54 am, the CS met with your affiant at an undisclosed location in Hattiesburg, MS, as witnessed by TFO Jarrod Smith, TFO Caleb Miller, and TFO Sheldon Lowe. While speaking with the CS, he/she stated that the Drug Trafficking Organization (DTO) had arranged to transport approximately 50 kilograms of Methamphetamine by vehicle and that they were expecting payment for 30 kilograms at the time of the delivery.

3. At approximately 10:00 am, the CS was equipped with a recording device for the safety of the CS and for evidentiary purposes. After departing the pre-meet location, the CS travelled to the Meet Location. Surveillance was maintained on the CS at all times by your affiant and other surveilling agents. At approximately 10:09 am, the CS arrived at the meet location, as witnessed by your affiant.

4. At approximately 10:15 am, TFO Caleb Miller informed your affiant and other surveilling agents that a Hispanic male with dreads, driving a black Dodge Charger bearing a Texas license plate, had just turned down the dead-end street of the Meet Location. Shortly after, the CS could be heard describing the

courier's vehicle as a 2013, black Dodge Charger with a Texas license plate and parked in the driveway of the Meet Location. At that time, the CS could be heard speaking with an individual with a Hispanic accent.

5. At approximately 10:28 am, agents observed a second courier vehicle described as a white, 2023 Chevrolet truck, also bearing a Texas license plate, arrive at the Meet Location. Your affiant observed the CS, along with two other males, walk into the Meet Location.

6. At approximately 10:29am, the CS indicated, via transmitting device, that the suspected methamphetamine was present. Following the confirmation, two Hispanic males (identified via Texas state identification, and law enforcement databases, as **Joel Alexander CORVERA** [passenger of the white Chevrolet truck] and **Carlos Elias WENCES** [driver of the black Dodge Charger]) were safely taken into custody in the front yard of the residence. In addition, one Hispanic female identified and referred to as **B.A.** [driver of the white Chevrolet truck], who remained in the driver seat of the white truck for the entire operation was also taken into custody, without incident. While doing so, your affiant, along with other agents observed what appeared to be a large bag of suspected methamphetamine on the floor of the living room of the Meet Location. Agents then secured the Meet Location pending a search warrant.

7. At approximately 12:10pm, your affiant met with a 12th Judicial District Circuit Court Judge, Wes Curry, who reviewed and signed a search warrant for the Meet Location, to include the vehicles on the property. Your affiant then met with Agents/TFOs at the meet location and discovered approximately 11,260 grams (24.8 pounds) of methamphetamine in the trunk of the 2013 Dodge Charger which had been driven to the Meet Location by **WENCES**. A search of the 2023 Chevrolet Truck was also conducted. In the center console, Agents recovered an undetermined amount of United States Currency, which contained small denominations bills that were all rubber banded together. Through your affiant's training and experience, he believes that the found United States Currency is consistent with drug proceeds.

8. Agents/TFOs then began a search of the Meet Location. Agents located and recovered approximately 1,060 grams (2.33 pounds) of methamphetamine that had been brought into the residence by **Joel CORVERA**. TFO Jarrod Smith transported both Drug Exhibits to the Forrest County Narcotics

Office for storage and safekeeping. Agents utilized a field test on both Drug Exhibits which resulted in a presumptive positive response for methamphetamine.

9. During the debrief of the CS, the CS explained that the Hispanic male with dreads that was driving the Dodge Charger, who was later identified as **WENCES**, arrived at the meet location shortly after the CS arrived. According to the CS, he/she began engaging **WENCES** in conversation. During the conversation, **WENCES** explained to the CS that he was waiting on someone else to arrive. The CS then observed that a white truck pulled into the driveway of the Meet Location, with a Hispanic female driver. A Hispanic male, later identified as **CORVERA**, walked over to **WENCES** and told him to open the trunk. **CORVERA** then walked into the Meet Location with the CS and gave him a kilogram of suspected methamphetamine, while leaving **WENCES** outside. **CORVERA** also explained to the CS that the rest was in the trunk of the Charger.

10. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe **Joel Alexander CORVERA** and **Carlos Elias WENCES** violated Title 21, United States Code, Section 846, conspiracy to possess with the intent to distribute a schedule II-controlled substance, methamphetamine.

_____
Joseph Kennedy
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed before me this ___4th___ day of December 2024.

_____
United States Magistrate Judge